IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Hammel Jr, Gerald Louis | Case Number: 05 B 43818 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/03/09 | Filed: 10/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 9, 2009
Confirmed:  November 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,024.72 | |
| Secured: | | 1,190.02 |
| Unsecured: | | 12,362.34 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 952.64 |
| Other Funds: | | 819.72 |
| Totals: | 18,024.72 | 18,024.72 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Ford Motor Credit Corporation | Secured | 1,190.02 | 1,190.02 |
| 3. | Capital One | Unsecured | 325.81 | 376.99 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 130.00 | 150.42 |
| 5. | Credit First | Unsecured | 360.51 | 417.15 |
| 6. | Capital One | Unsecured | 2,237.62 | 2,589.32 |
| 7. | ECast Settlement Corp | Unsecured | 548.95 | 635.26 |
| 8. | Specialized Management Consultants | Unsecured | 773.96 | 895.53 |
| 9. | Ford Motor Credit Corporation | Unsecured | 25.52 | 29.52 |
| 10. | ECast Settlement Corp | Unsecured | 902.03 | 1,043.74 |
| 11. | RoundUp Funding LLC | Unsecured | 597.61 | 691.53 |
| 12. | Resurgent Capital Services | Unsecured | 546.44 | 632.33 |
| 13. | RoundUp Funding LLC | Unsecured | 1,235.46 | 1,429.70 |
| 14. | Specialized Management Consultants | Unsecured | 530.56 | 613.91 |
| 15. | Resurgent Capital Services | Unsecured | 437.86 | 506.66 |
| 16. | Resurgent Capital Services | Unsecured | 639.64 | 740.21 |
| 17. | Capital One | Unsecured | 1,391.33 | 1,610.07 |
| 18. | Axsys National Bank | Unsecured | | No Claim Filed |
| 19. | Shell | Unsecured | | No Claim Filed |
| | | | $ 14,573.32 | $ 16,252.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hammel Jr, Gerald Louis

Printed: 02/03/09

Case Number: 05 B 43818
Judge: Goldgar, A. Benjamin
Filed: 10/4/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 200.62 |
| 5% | 63.79 |
| 4.8% | 132.46 |
| 5.4% | 314.00 |
| 6.5% | 181.23 |
| 6.6% | 60.54 |
| | $ 952.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

